UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:23-cv-01935-WWB-EJK

HOWARD COHAN,

    Plaintiff,

vs.

DW MLB D OWNER LLC,
a Foreign Limited Liability Company,
d/b/a DOUBLETREE SUITES BY HILTON
MELBOURNE BEACH OCEANFRONT

    Defendant(s).
_____/

## **NOTICE OF SETTLEMENT**

The Plaintiff, HOWARD COHAN ("Plaintiff") by and through his undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED April 8, 2024.

                                          **/s/ Gregory S. Sconzo**
                                          **Gregory S. Sconzo, Esq.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 8, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Defendant's Registered Agent via us mail and sent to Defendant's counsel via email at Nicole.Vescova@lewisbrisbois.com:

>DW MLB D OWNER LLC
>c/o C T CORPORATION SYSTEM
>1200 SOUTH PINE ISLAND ROAD
>PLANTATION, FL 33324

>By: **/s/ Gregory S. Sconzo**
>Gregory S. Sconzo, Esq.
>Florida Bar No.: 0105553
>Sconzo Law Office, P.A.
>3825 PGA Boulevard, Suite 207
>Palm Beach Gardens, FL 33410
>Telephone: (561) 729-0940
>Facsimile: (561) 491-9459
>Email: greg@sconzolawoffice.com
>Email: perri@sconzolawoffice.com
>Attorney for Plaintiff